**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES -- GENERAL**</u>

Case No.   **CV 13-1840-JFW (AGRx)**                    Date: **October 22, 2013**

Title:       Paul Sapan  -v- National Credit Assistance, LLC., et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
                    None                                                        None

**PROCEEDINGS (IN CHAMBERS):        ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK**
                                    **OF PROSECUTION**

        Plaintiff is ordered to show cause, in writing, no later than **October 29, 2013**, why this action should not be dismissed for lack of prosecution.

        The Court will consider the filing of the following on or before the above date as an appropriate response to this Order to Show Cause:

____        Proof of service of summons and complaint

____        Answer by the defendant or an application for entry of default pursuant to Federal Rule of Civil Procedure 55(a)

__x__        An application for entry of default judgment pursuant to Federal Rule of Civil Procedure 55(b) as to all defedants.

        No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

        IT IS SO ORDERED.

Initials of Deputy Clerk __sr__

(Rev. 10/1/04)