JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN,<br><br>           Plaintiff,<br><br>      vs.<br><br>NATIONAL CREDIT ASSISTANCE, LLC, a California limited liability company, TAX RESOLUTION TODAY, LLC, a California limited liability company, and MARK L. MULLINS, an individual,<br><br>           Defendants. | Case No.: 2:13-cv-1840-JFW-AGR<br><br>**FINAL JUDGMENT AGAINST DEFENDANTS NATIONAL CREDIT ASSISTANCE, LLC, TAX RESOLUTION TODAY, LLC AND MARK L. MULLINS** |

The Court, pursuant to its Order Granting Plaintiff's Application for Default Judgment dated December 3, 2013, hereby ORDERS, ADJUDICATES and DECREES that final judgment shall be and hereby is entered on the Plaintiff's Complaint in the above-reference matter as follows:

- 2 -

1. **Statutory Damages.**  Plaintiff is entitled to recover from Defendants the sum of Four Thousand Five Hundred Dollars ($4,500.00) on Plaintiff's Complaint.

2. **Costs.**  Plaintiff is entitled to recover from Defendants the sum of Seven Hundred Seventy Four Dollars and Seventy Five Cents ($774.75) as costs of suit.

IT IS SO ORDERED, ADJUDICATED AND DECREED.

DATED: December 17, 2013

_____
**HON. JOHN F. WALTER**
**United States District Judge**
**Central District of California**